UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE "M/V SUEZ CANAL BRIDGE"
LITIGATION

Master Docket No. 14-cv-3711 (RJS) (RLE)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court has been informed by Judge Ellis that the parties in these consolidated actions have reached a global settlement. Accordingly, IT IS HEREBY ORDERED THAT these cases are dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). IT IS FURTHER ORDERED THAT all conferences and deadlines are adjourned indefinitely.

SO ORDERED.

Dated:   July 31, 2015
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE